# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20290-KMM

ALICE THERESA DYE,

    Plaintiff,
v.

COMMISIONER OF SOCIAL SECURITY,
*Andrew Saul*,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Parties' cross motions for summary judgment. Plaintiff Alice Theresa Dye filed a Complaint seeking review of a final decision of the Commissioner of Social Security. (ECF No. 1). On July 8, 2020, Plaintiff filed her Motion for Summary Judgment with Supporting Memorandum of Law ("Plaintiff's Motion"). (ECF No. 18). On August 6, 2020, Defendant filed his Motion for Summary Judgment with Supporting Memorandum of Law and Response to Plaintiff's Motion for Summary Judgment ("Defendant's Motion") (ECF No. 19).[1] The Court referred the matter to United States Magistrate Judge Jacqueline Becerra who issued a Report and Recommendation recommending that (1) Plaintiff's Motion be DENIED; and (2) Defendant's Motion be GRANTED. ("R&R") (ECF No. 22). The Parties did not file objections to the R&R and the time to do so has passed. The matter is now ripe for review.[2] As set forth below, the Court ADOPTS the R&R.

---

[1] Although the docket reflects that Defendant filed his Response to Plaintiff's Motion for Summary Judgment (ECF No. 20) separately from Defendant's Motion, the documents are identical.

[2] The Court assumes familiarity with the facts and procedural history, which are set forth in the R&R. *See* R&R at 1–12.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Becerra finds the following: (1) the ALJ satisfied her duty to fully and fairly develop the record; (2) the Appeals Council properly decided to deny Plaintiff's request for review because the additional evidence Plaintiff submitted was cumulative and not material, and therefore there was no reasonable probability that such evidence would have changed the ALJ's decision; (3) the ALJ's Residual Functional Capacity finding was supported by substantial evidence; and (4) the ALJ properly considered Plaintiff's alleged symptoms and limitations. R&R at 12–26. This Court agrees.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 22) is ADOPTED. It is FURTHER ORDERED that Defendant's Motion (ECF No. 19) is GRANTED and Plaintiff's Motion (ECF No. 18) is DENIED. The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record